IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Civil Action No.  09-cv-00410-JLK-LTM

TELLURIDE REGIONAL AIRPORT AUTHORITY,

    Plaintiff,

vs.

AMERICAN SHELTER TECHNOLOGIES, INC., an Illinois corporation,
C & H ENTERPRISE, INC., a Tennessee corporation.

    Defendants.

---

ORDER RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS TO
DEFENDANT C & H ENTERPRISE, INC. (docket # 30)

---

The Court, having reviewed Plaintiff's Motion for Judgement by Default, hereby

ORDERS Plaintiff to file a bill of costs with supporting documentation.

Furthermore, Plaintiff shall show cause why default should not enter against Defendant Clifton Crutcher.

DATED this 19th day of August, 2009.

                BY THE COURT:

                s/Laird T. Milburn
                _____
                Laird T. Milburn
                U.S. Magistrate Judge