IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Civil Action No.  09-cv-00410-JLK-LTM

TELLURIDE REGIONAL AIRPORT AUTHORITY,

    Plaintiff,

vs.

AMERICAN SHELTER TECHNOLOGIES, INC., an Illinois corporation,
C & H ENTERPRISE, INC., a Tennessee corporation.

    Defendants.

---

## ENTRY OF DEFAULT JUDGMENT

---

The Court, pursuant to an order of reference (docket # 34) enters the following findings and **ENTRY OF DEFAULT JUDGMENT,** against American Shelter Technologies, Inc., to wit:

The Court finds that (1) On February 9, 2009 the complaint in the above-captioned case was served on Raymond Harris, principal owner, officer and director of Defendant, C&H Enterprise, Inc., (2) that the date by which C&H Enterprise had plead or otherwise defend was March 11, 2009, and no appearance has been entered on behalf of C&H, (3) that on August 3, 2009 the clerk of this court entered default against C&H Enterprise, Inc. (docket # 32).

In addition, the Court FINDS, after reviewing the affidavit of Richard Nuttal, general manager of Plaintiff Telluride Regional Airport Authority dated July 27, 2009, and all of the pleadings filed in this case, the amount of damages caused by Defendant C&H Enterprise, Inc. to

Plaintiff Telluride Regional Airport Authority is in the amount of $12,345.00; Plaintiff is not seeking costs against the Defendant.

THEREFORE, the Court **ORDERS** the entry of judgment by default against C&H Enterprise, Inc. on behalf of Telluride Regional Airport Authority in the amount of $12,345.00 with interest as is allowed by law.

DATED this 30th day of September, 2009.

BY THE COURT:

s/Laird T. Milburn

_____

Laird T. Milburn
U.S. Magistrate Judge