**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn**

Civil Action No.  09-cv-00410-JLK-LTM

TELLURIDE REGIONAL AIRPORT AUTHORITY,

      Plaintiff,

vs.

AMERICAN SHELTER TECHNOLOGIES, INC., an Illinois corporation,
C & H ENTERPRISE, INC., a Tennessee corporation,

      Defendants.

---

### MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE LAIRD T. MILBURN
DATED:   November 16, 2009

      The Court, having reviewed Defendants' **Unopposed** Motion to Modify Stipulated Protective Order (docket # 53 entered by the Court on November 2, 2009, and after reviewing the file, hereby

      **APPROVES** the Modified Stipulated Protective Order this 16th day of November, 2009.