IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Civil Action No.  09-cv-00410-JLK-LTM

TELLURIDE REGIONAL AIRPORT AUTHORITY,

    Plaintiff,

vs.

AMERICAN SHELTER TECHNOLOGIES, INC., an Illinois corporation,
C & H ENTERPRISE, INC., a Tennessee corporation,

    Defendants.

---

ORDER RE: PLAINTIFF'S CROSS MOTION FOR REMAND (docket # 59)

---

The Court has received and reviewed Plaintiff's Cross Motion for Remand (docket # 59) dated December 29, 2009, Defendants' Response thereto (docket # 64) dated January 18, 2010, and Plaintiff's Reply (docket # 67) dated January 26, 2010.  The Court has also reviewed Defendants' Motion for Partial Summary Judgment (docket # 57) dated December 23, 2009.  Based on that review, and after due consideration the Court has decided that prior to ruling on Plaintiff's Cross Motion for Remand that full briefing on Defendants' Motion for Partial Summary Judgment should be completed on an expedited basis.

Therefore, the Court's Stipulated Briefing and Scheduling Order (docket # 62) dated January 11, 2010 is hereby modified as follows.

Plaintiff is hereby ORDERED to file its Response to Defendants' Motion for Partial Summary Judgment on or before February 17, 2010 and Defendants shall file its reply on or

before March 1, 2010.

DATED this 4th day of February, 2010.

BY THE COURT:

s/Laird T. Milburn

_____

Laird T. Milburn
U.S. Magistrate Judge