IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **09-cv-410-JLK-LTM**

**TELLURIDE REGIONAL AIRPORT AUTHORITY**

 Plaintiff,

v.

**AMERICAN SHELTER TECHN., INC.,** an Illinois corporation,
**C & H ENTERPRISE, INC.,** a Tennessee corporation,

 Defendants.

___

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
RE DEFAULT JUDGMENT - C & H ENTERPRISE, INC. (Doc. 77)
___

KANE, J.

 This matter is before me on the Magistrate Judge's May 26, 2010 Report and Recommendation re Entry of Default Judgment (Doc. 77). There being no objection filed, the Report and Recommendation is ADOPTED as an Order of the Court. Plaintiff TRAA's Motion for Default Judgment against Defendant C & H Enterprise (Doc. 30), being duly supported by the affidavits of John H. Steel and Richard Nuttall, is GRANTED for the reasons stated by the Magistrate Judge.

 Judgment SHALL ENTER in favor of TRAA and against C & H in the amount of $12,345.00, with interest as allowed by law.

Dated June 16, 2010.          **s/John L. Kane**
                   SENIOR U.S. DISTRICT JUDGE