IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No. 09-cv-00410-JLK-GJR

TELLURIDE REGIONAL AIRPORT AUTHORITY,

    Plaintiff,

vs.

AMERICAN SHELTER TECHNOLOGIES, INC., an Illinois corporation,
C & H ENTERPRISE, INC., a Tennessee corporation,

    Defendants.

## ORDER RESETTING FINAL PRETRIAL CONFERENCE

An original Order of Reference in this matter was issued on March 17, 2010 (Doc. 12) to Magistrate Judge Laird T. Milburn.

On July 2, 2010, by text entry only, and upon the resignation of Magistrate Judge Milburn, this case was reassigned to and referred to the undersigned.

The undersigned Magistrate Judge, in accordance with the order of reference, now resets this matter for final pretrial conference on Wednesday, January 12, 2011 at 1:00 p.m. at the U.S. District Court, Wayne Aspinall Federal Building, 400 Rood Avenue, Room 323 in Grand Junction, Colorado. Counsel shall be personally present at the pretrial conference.

A final pretrial order prepared in accordance with the pretrial order procedures outlined by the Honorable John L. Kane, Senior U.S. District Judge, published on the Court's website at www.cod.uscourts.gov shall be prepared by the parties and submitted to the Court no later than

five (5) days before the final pretrial conference.

The Court, having no objection from Defendant, granted (Doc. 83) on September 08, 2010, Mark Gruskin's June 3, 2010 Motion to Withdraw (Doc. 78). Since American Shelter Technologies, Inc. (AST) is a corporation, AST cannot appear without counsel admitted before this Court, and absent prompt appearance of substitute counsel, pleadings, motions and other papers may be stricken and default judgment or other sanctions may be imposed against AST. (D.C.Colo.L.Civ.R. 83.3.D).

Still pending before the undersigned on the order of reference is Defendant AST's *Motion for Partial Summary Judgment* (Doc. 57).

DATED in Grand Junction this 24th day of November, 2010.

BY THE COURT:

_____
Gudrun J. Rice
U.S. Magistrate Judge

## Certificate of Mailing

I hereby certify that on November 24, 2010, a true and correct copy of the foregoing Order was placed in the U.S. District Court CM-ECF, U. S. Mail, postage prepaid, sent by facsimile, or hand delivered, as indicated, to the following:

American Shelter Technologies, Inc.
11N024 Rippburger Rd.
P.O. Box 6503
Elgin, IL 60121-6503

*By U.S. Mail*

By: _Michaelea K. Opola_
Assistant to Magistrate Judge