IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No. 09-cv-00410-JLK-GJR

TELLURIDE REGIONAL AIRPORT AUTHORITY,

    Plaintiff,

vs.

AMERICAN SHELTER TECHNOLOGIES, INC., an Illinois corporation,
C & H ENTERPRISE, INC., a Tennessee corporation,

    Defendants.

---

## ORDER: PLAINTIFF'S MOTION TO COMPEL (Doc. 86)

---

Plaintiff's Motion for an order to Compel (Doc. 86) is before the Court. For good cause shown, the Motion to Compel is **GRANTED**.

The Defendant American Shelter Technologies, Inc. (AST), a corporation, cannot appear before this Court without counsel. The matter is set for a Pretrial Conference on January 12, 2011 at 1:00 p.m. in the United States District Court in Grand Junction, Colorado.

The Defendant AST is **ORDERED** to immediately retain counsel who is **ORDERED** to comply with pretrial order procedures. Absent prompt appearances of substitute counsel, pleadings, motions and other papers may be stricken and default judgement or other sanctions may be imposed against American Shelter Technologies, Inc. (AST).

DATED in Grand Junction this 23rd day of December, 2010.

BY THE COURT:

s/ Gudrun J. Rice

---

Gudrun J. Rice
U.S. Magistrate Judge

## Certificate of Mailing

I hereby certify that on December 23, 2010, a true and correct copy of the foregoing Order was placed in the U.S. District Court CM-ECF, U. S. Mail, postage prepaid, sent by facsimile, or hand delivered, as indicated, to the following:

| | |
|---|---|
| American Shelter Technologies, Inc.<br>11N024 Rippburger Rd.<br>Elgin, IL 60121-6503 | Certified Mail 7004 0750 0003 1114 5332<br>Return Receipt Requested |
| American Shelter Technologies, Inc.<br>P.O. Box 6503<br>Elgin, IL 60121-6503 | Certified Mail 7004 0750 0003 1114 5325<br>Return Receipt Requested |

*By U.S. Mail*

By: /s/ Michaelea K. Opoola
Assistant to Magistrate Judge