IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **09-cv-00410-JLK-GJR**

**TELLURIDE REGIONAL AIRPORT AUTHORITY,**

    Plaintiff,

v.

**AMERICAN SHELTER TECHNOLOGIES, INC., an Illinois corporation,**

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

**Kane, J.**

In consideration of the Stipulation for Dismissal of Action With Prejudice (doc. #109), filed May 9, 2011, it is

**ORDERED** that the Stipulation is **APPROVED**. This action is **DISMISSED WITH PREJUDICE,** the parties to bear their own costs and attorney fees.

Dated: May 10, 2011

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT